UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ILLUMINDADA KENERY, | |
|---|---|
| Plaintiff, | Case No. 13-cv-02411-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| WELLS FARGO, N.A., et al., | |
| Defendants. | |

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 01/16/2015 |
| Expert Discovery Cut-Off | 02/13/2015 |
| Last Day to Hear Dispositive Motions | 04/09/2015 |
| Hearing on Motions in Limine | 06/25/2015 at 2:30 PM |
| Final Pretrial Conference | 06/25/2015 at 2:30 PM |
| Trial | 07/06/2015 at 9:00 AM |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Motion to Dismiss set for 05/29/2014 at 9:00
6   AM.
7   IT IS FURTHER ORDERED THAT Plaintiff Counsel be excused for non-appearance
8   because of joint case management statement.
9   IT IS FURTHER ORDERED THAT Parties may appear by Courtcall for Motion to
10  Dismiss set for 05/29/2014 without further approval of the court.

Dated:  May 09, 2014

_____
BETH LABSON FREEMAN
United States District Judge