1  Kenneth A. Franklin (# 143809)
      kfranklin@afrct.co
2  ANGLIN, FLEWELLING, RASMUSSEN,
      CAMPBELL & TRYTTEN LLP
3  199 South Los Robles Avenue, Suite 600
   Pasadena, California 91101-2459
4  Telephone:  (626) 535-1900
   Facsimile:   (626) 577-7764
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A., successor
   by merger with Wells Fargo Bank,
7  Southwest, N.A. , f/k/a Wachovia Mortgage,
   FSB, f/k/a World Savings  Bank , FSB
8

9  Stephen R. Golden Esq. SBN 163366
   Aminah Williams, Esq. SBN 276524
10 STEPHEN R. GOLDEN & ASSOCIATES
   600 N. Rosemead Blvd., Suite 100
11 Pasadena, CA 91107
   Telephone: (626) 584-7800
12 Facsimile: (626) 568-3529

13 Attorneys for Plaintiff
   Illuminada Kenery
14

15               UNITED STATES DISTRICT COURT

16         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

17

| 18 | ILLUMINADA KENERY, an individual, | CASE NO.:  5:13-CV-02411- BLF |
|---|---|---|
| 19 |   | [The Honorable Beth Labson Freeman] |
| 20 | Plaintiff, | **JOINT STIPULATION TO CONTINUE THE HEARING ON THE MOTION TO DISMISS FIRST AMENDED COMPLAINT AND PROPOSED ORDER** |
| 21 | vs. | |
| 22 |   | |
| 23 | WELLS FARGO, N.A., a National Association, WELLS FARGO HOME MORTGAGE; INC., NDEX WEST, LLC, and DOES 1 through 50 inclusive, | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |

27 **TO THIS HONORABLE COURT:**

28

1  Plaintiff, ILLUMINADA KENERY ("plaintiff"), and defendant, WELLS FARGO
2  BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia
3  Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), through their counsel of record
4  present the following stipulation to continue the hearing on Wells Fargo's Motion to Dismiss
5  First Amended Complaint.

## RECITALS

7  1.  WHEREAS, a hearing is scheduled on Wells Fargo's Motion to Dismiss the First
8  Amended Complaint on May 29, 2014;

9  2.  WHEREAS, the Parties are engaged in settlement negotiations and believe that
10  this action can be settled without the aid of a mediator, but require additional time;

11  3.  WHEREAS, the settlement negotiations may facilitate a prompt voluntary
12  resolution of the case with no further litigation thereby conserving scarce judicial resources and
13  unnecessary litigation costs;

14  4.  WHEREAS, if the action cannot be settled timely, the parties will file a
15  subsequent stipulation requesting referral to mediation;

16  5.  WHEREAS, the parties stipulate to continue Wells Fargo's Motion to Dismiss the
17  First Amended Complaint ninety days to August 28, 2014 or a date thereafter that is convenient
18  with the Court's calendar;

19  6.  WHEREAS, this stipulation waives no rights of either Party;

20  7.  WHEREAS, no other extension to continue Wells Fargo's Motion to Dismiss the
21  First Amended Complaint has previously been stipulated to or requested.

22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**STIPULATION**

**IT IS HEREBY STIPULATED** that the hearing Wells Fargo's Motion to Dismiss the First Amended Complaint is continued ninety days to August 28, 2014 or a date thereafter that is convenient with the Court's calendar.

Respectfully submitted,

Dated:  May 23, 2014    ANGLIN, FLEWELLING, RASMUSSEN,
　　　　　　　　　　　　CAMPBELL & TRYTTEN LLP

By:  　/s/　*Kenneth A. Franklin*　
　　　Kenneth A. Franklin
　　　kfranklin@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

Dated:  May 23, 2014    STEPHEN R. GOLDEN & ASSOCIATES

By:  　/s/　*Aminah Williams*　
　　　Aminah Williams
　　　armine@lawofficeofalg.com
Attorneys for Plaintiff ILLUMINADA KENERY

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kenneth A. Franklin, attest that concurrence in the filing of this document has been obtained from each signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day of May 23, 2014.

By:  　/s/　*Kenneth A. Franklin*　

**ORDER**

The above stipulation is hereby approved by the Court.  The Motion to Dismiss the First Amended Complaint is hereby continued from May 29, 2014 until Cwi wuv'43."4236"cv'; -22"c0 .

1   **IT IS SO ORDERED.**

3   DATED: May 27, 2014

_____
THE HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION CONTINUE THE HEARING FOR THE MOTION TO DISMISS FIRST AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorney for Plaintiff:* | *Attorneys for Defendant: NDeX WEST, LLC* |
|---|---|
| Aminah Williams<br>Stephen R. Golden<br>Stephen R. Golden & Associates<br>600 N. Rosemead Blvd., Suite 100<br>Pasadena, CA 91107<br><br>*businesslaw@stephenrgolden.com*<br>*Tel: (626) 584-7800*<br>*Fax: (626) 568-3529* | Edward A. Treder<br>Darlene Pacquing Hernandez<br>Barrett Daffin Frappier Treder & Weiss, LLP<br>20955 Pathfinder Road, Suite 300<br>Diamond Bar, CA 91765<br><br>*EdwardT@BDFGroup.com*<br>*darlenep@bdfgroup.com*<br>*Tel: (626) 915-5714*<br>*Fax: (626) 915-0289* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on May 23, 2014.

| Leslie Coumans | */s/ Leslie Coumans* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |