UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ILLUMINDADA KENERY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO, N.A., et al.,<br><br>    Defendants. | Case No.  13-cv-02411-BLF<br><br>**ORDER SUBMITTING MOTION WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re:  ECF 32] |

The Motion to Dismiss that was noticed for hearing on August 21, 2014 is hereby SUBMITTED without oral argument; the hearing is VACATED.  *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: August 12, 2014

_____
BETH LABSON FREEMAN
United States District Judge