1
2
3
4
5
6
7

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11   ILLUMINADA KENERY, an individual,        CASE NO.:  5:13-CV-02411- BLF

12            Plaintiff,                       [*The Honorable Beth Labson Freeman*]

13   vs.

14   WELLS FARGO, N.A., a National            **ORDER GRANTING JOINT**
     Association, WELLS FARGO HOME            **STIPULATION TO VACATE TRIAL**
15   MORTGAGE; INC., NDEX WEST, LLC, and     **DATE AND RELATED DEADLINES**
     DOES 1 through 50 inclusive,

16
17            Defendants.

18

19        The Court, having read and considered the joint stipulation submitted by the parties, and

20   good cause appearing, hereby grants the stipulation to vacate the trial date and related deadlines.

21        **ACCORDINGLY, IT IS ORDERED THAT:**

22        The October 26, 2015 trial date and all related case deadlines set forth in the Order

23   Granting Joint Stipulation To Continue Trial Date And Related Deadlines As Modified By The

24   Court, entered February 2, 2015 (Doc. 69), are VACATED.  A Case Management Conference is

25   set on May 14, 2015 at 1:30 p.m.

26        **IT IS SO ORDERED.**

27   DATED: _____          _____
                                         THE HON. BETH LABSON FREEMAN
28                                       UNITED STATES DISTRICT COURT JUDGE