UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ILLUMINDADA KENERY,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO, N.A., et al.,<br><br>    Defendants. | Case No. 13-cv-02411-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND GRANTING DEFENDANT LEAVE TO APPEAR AT CASE MANAGEMENT TELEPHONICALLY**<br><br>[RE: ECF 77] |

The Court has received Defendant's request to appear telephonically at the Case Management Conference set for May 14, 2015. *See* Request, ECF 77. While the Court is amenable to the requested telephonic appearance, the Court finds it appropriate to continue the Case Management Conference to a date following the hearing on Defendant's motion to dismiss, which is currently set for June 4, 2015.

Accordingly, IT IS HEREBY ORDERED that:

(1) The Case Management Conference set for May 14, 2015 is CONTINUED to July 2, 2015 at 1:30 p.m.; and

(2) Defendant may appear telephonically at the Case Management Conference.

Dated: April 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge