UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ILLUMINDADA KENERY,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO, N.A., et al.,<br><br>    Defendants. | Case No.  13-cv-02411-BLF<br><br>**ORDER SUBMITTING MOTION TO DISMISS WITHOUT ORAL ARGUMENT AND VACATING JUNE 4, 2015 HEARING** |

Defendants' motion to dismiss (ECF 71) is hereby SUBMITTED without oral argument and the hearing previously set for June 4, 2015 is hereby VACATED. *See* Civ. L.R. 7-1(b).  The

**IT IS SO ORDERED.**

Dated: 5/29/2015

_____
BETH LABSON FREEMAN
United States District Judge